UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASIA MARITIME PACIFIC CHARTERING LTD., <br><br> Petitioner, <br><br> v. <br><br> COMERCIALIZADORA COLUMBIA S.A. DE C.V., <br><br> Respondent. | 22-CV-10789(RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On January 23, 2023, the Court denied Petitioner's request for leave to serve by alternative means and ordered Petitioner to file any additional materials that it intends to support its petition to compel arbitration by February 13, 2023. To date, no materials have been filed.

No later than September 19, 2023, Petitioner shall file a letter updating the Court on the status of this action and proposing next steps. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   September 12, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge