```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASIA MARITIME PACIFIC CHARTERING LTD., <br><br>Plaintiff, <br><br>-against- <br><br>COMERCIALIZADORA COLUMBIA S.A. de C.V., <br><br>Defendant(s). | 22-CV-10789 (MMG) |
| ASIA MARITIME PACIFIC CHARTERING LTD., <br><br>Plaintiff, <br><br>-against- <br><br>COMERCIALIZADORA COLUMBIA S.A. de C.V., <br><br>Defendant. | 22-CV-10791 (MMG) <br><br>**NOTICE OF REASSIGNMENT** |

MARGARET M. GARNETT, United States District Judge:

    These cases have been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the **March 19, 2024** deadline to provide a status update to the Court.

    All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 11, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge