UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___03/21/2024___

---

ASIA MARITIME PACIFIC CHARTERING LTD.,

Plaintiff,

-against-

COMERCIALIZADORA COLUMBIA S.A. de C.V.,

Defendant(s).

22-CV-10789 (MMG)

---

ASIA MARITIME PACIFIC CHARTERING LTD.,

Plaintiff,

-against-

COMERCIALIZADORA COLUMBIA S.A. de C.V.,

Defendant.

22-CV-10791 (MMG)

**ORDER**

---

MARGARET M. GARNETT, United States District Judge:

As requested by the Petitioner in its March 19, 2024 letter to the court, Dkt. No. 16 in both actions, the Petitioner is hereby ORDERED to provide a further status update to the Court by no later than **Wednesday, June 19, 2024**.

Dated:  March 21, 2024
        New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge