```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/06/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASIA MARITIME PACIFIC CHARTERING LTD., <br><br> Plaintiff, <br><br> -against- <br><br> COMERCIALIZADORA COLUMBIA S.A. de C.V., <br><br> Defendant. | 22-CV-10789 (MMG) |
| ASIA MARITIME PACIFIC CHARTERING LTD., <br><br> Plaintiff, <br><br> -against- <br><br> COMERCIALIZADORA COLUMBIA S.A. de C.V., <br><br> Defendant. | 22-CV-10791 (MMG) <br><br> **<u>ORDER TO MOVE FOR DEFAULT JUDGMENT</u>** |

MARGARET M. GARNETT, United States District Judge:

      Defendant appears to be in default in both of these related actions.  It is HEREBY ORDERED that if Defendant does not respond to the Complaint or appear in these actions by **November 25, 2024**, then by **December 9, 2024**, Plaintiff must file any motion for default judgment in accordance with the Court's Individual Rules & Practices.  If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.  It is further ORDERED that Defendant shall file any opposition to any motion for default judgment by **no later than January 6, 2025**.

      Plaintiff shall serve a copy of this Order on Defendants by email and by first-class international mail with delivery confirmation **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**. In the event Plaintiff files a motion for default judgment, Plaintiff shall serve the motion papers on Defendants by **December 11, 2024**, and shall file proof of such service by **December 13, 2024**.

Dated: November 6, 2024
       New York, New York

       SO ORDERED.

       _____
       MARGARET M. GARNETT
       United States District Judge